IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA EQUITY MANAGEMENT GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHYLLIS McGIHON, <br><br> Defendant. / | No. C 12-04394 WHA <br><br> **ORDER TO SHOW CAUSE** |

On December 21, 2012, plaintiff California Equity Management Group, Inc. filed a motion to remand this unlawful detainer action to the Superior Court of California, County of Contra Costa. Pursuant to Local Rule 7-3, pro se defendant Phyllis McGihon's opposition or statement of non-opposition thereto was due by January 7. None was received.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why the motion should not be granted. Plaintiff's response is due by **NOON ON JANUARY 22**. If no response is received, the motion may be granted, or the action may be dismissed for failure to prosecute. The hearing date, currently scheduled for January 24, 2013, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: January 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE