IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA EQUITY MANAGEMENT GROUP, INC,

    Plaintiff,

  v.

PHYLLIS McGIHON,

    Defendant.

No. C 12-04394 WHA

**ORDER REQUIRING RESPONSE AND SETTING HEARING**

Mr. Tierney is hereby order to respond to defendant's opposition to the motion to remand including, without limitation, responding to the accusation that his declaration is false in stating that plaintiff "did not learn of the removal until it went to trial in November 2012" (Tierney Decl. ¶ 7). Mr. Tierney's response is due by **NOON ON JANUARY 22**. Pro se defendant Phyllis McGihon is ordered to supply this Court with the transcript(s) of the state court hearing(s) at which Mr. Tierney was informed of the removal. Defendant's response is due by **NOON ON FEBRUARY 4**.

The matter is hereby set for hearing at **8 A.M. ON FEBRUARY 14, 2013**, at Courtroom 8, 19th Floor, 450 Golden Gate Avenue.

**IT IS SO ORDERED.**

Dated: January 15, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE