IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA EQUITY MANAGEMENT GROUP, INC,

    Plaintiff,

v.

PHYLLIS McGIHON,

    Defendant.
    /

No. C 12-04394 WHA

**SECOND ORDER REQUIRING RESPONSE**

Counsel for plaintiff California Equity Management Group, Inc. — including Attorney Kent Pearce Tierney — were ordered to file a response by January 22 at noon with regard to the accusation of misrepresentation alleged by pro se defendant Phyllis McGihon. The deadline has come and gone without a response by Attorney Kent Tierney or any other counsel for plaintiff. By **NOON ON JANUARY 30**, Attorney Kent Tierney and all other counsel for plaintiff, if any, shall file their responses. The hearing previously set for **FEBRUARY 14** will remain on calendar. Ms. Gihon is still required to file the transcript(s) of the state court hearing(s) by **NOON ON FEBRUARY 4**, as set forth in the order dated January 15, 2013.

    **IT IS SO ORDERED.**

Dated: January 28, 2013.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE