IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA EQUITY MANAGEMENT GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHYLLIS McGIHON, <br><br> Defendant. <br> _____ / | No. C 12-4394 WHA <br><br> **NOTICE RE DOCKET NUMBER 26 (TIERNEY DECLARATION)** |

Whether or not to make a referral will be later decided with the benefit of the entire record of conduct in this action. In the meantime, the Court has received and appreciates Attorney Tierney's declaration.

**IT IS SO ORDERED.**

Dated: February 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE